IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>ZHAO WU, et al.,<br><br>                Defendants. | Case No. 18-cv-08048<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deckers Outdoor Corporation ("Deckers") hereby dismisses this action, with leave to reinstate within one hundred and twenty (120) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Andu Trading Fast Fashion Store | 435 |
| lidongZ shop | 464 |
| flowershijie | 466 |
| Super Watermelon | 482 |

Dated this 8th day of February 2019.      Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Attorneys for Deckers Outdoor Corporation*